IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Randy Young, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00027 |
| v. | : | Judge Watson |
| Worthington Square Venture, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

The June 25, 2012 notice of substitution of counsel for defendant Worthington Square Venture, LLC (doc. 15) does not comply with Southern District of Ohio Civil Rule 83.4(c)(1), which provides in pertinent part:

> **Substitution of a new trial attorney**. The current trial attorney may withdraw either from the case or from the designation as trial attorney by filing a notice that is signed by (1) the current, withdrawing trial attorney; *(2) the client*; and (3) a new, substituting trial attorney.

S.D. Ohio Civ. R. 83.4(c)(1) (emphasis added). Counsel is DIRECTED to file a notice that complies with the Rule.

s/ Mark R. Abel
United States Magistrate Judge